33 So.2d 898

### W. W. WALKER et al. v. J. T. BAILEY.
### 6 Div. 676.

Supreme Court of Alabama.

Jan. 15, 1948.

Rehearing Denied Feb. 26, 1948.

E. D. McDuffie and A. K. Callahan, of Tuscaloosa, opposed.

LIVINGSTON, Justice.

Petition of W. W. Walker and Frances Y. Walker, partners doing business under the name of Walker Motor Company, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Walker et al. v. Bailey, 33 So.2d 891.

Writ denied.

GARDNER, C. J., and BROWN and SIMPSON, JJ., concur.